UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW J. MITCHELL                                    CIVIL ACTION

VERSUS                                               NO. 26-791

ST. CHARLES PARISH ET AL.                            SECTION "A"

### ORDER & REASONS

On May 27, 2026, Magistrate Judge North issued a **Report and Recommendation (R. Doc. 10)** to dismiss Plaintiff, Andrew Mitchell's claims. On June 15, 2026, Mitchell filed his **Objections to the Magistrate Judge's Report and Recommendation (R. Doc. 12) and Leave to File Amended Complaint (R. Doc. 13).** On June 26, 2026, Mitchell filed a second **Motion for Leave to File Amended Complaint (R. Doc. 14)**. The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Mitchell's objections, hereby adopts the Report and Recommendation of United States Magistrate Judge, and denies as futile Mitchell's request for leave to amend his complaint.

A district court evaluating a magistrate judge's recommendation may adopt those portions of the recommendation to which no specific objection is made, as long as those sections are not clearly erroneous. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). However, where a party makes "specific, written objections" within fourteen

days after being served with a copy of the magistrate judge's recommendations,[1] the district court must undertake a *de novo* review of those contested aspects of the report. Fed. R. Civ. P. 72(b). The Court may then "accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

After conducting a *de novo* review of the issues raised by Mitchell's objections for clear error, the Court overrules the objections and adopts the Report and Recommendation as its own. Further, the Court denies Mitchell's leave to amend because it is clear that the amendment would be futile.

Accordingly;

**IT IS ORDERED** that Andrew J. Mitchell's federal civil rights claims against Defendants for conspiracy, false arrest, malicious, vindictive, and selective prosecution in violation of the First Amendment and equal protection, and coerced guilty plea is **DISMISSED WITH PREJUDICE**.[2]

**IT IS FURTHER ORDERED** that Mitchell's federal civil rights claims against District Attorney Joel L. Chaisson, II and John Doe assistant district attorneys, in their individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous, for

---

[1] Mitchell filed his untimely objections on June 15, 2026. However, in his objection, he states that the Report and Recommendation reflected an incorrect address. Although the objections are untimely, the Court takes them into account.

[2] The Court declines to follow Mitchell's reasoning that any *Heck*-barred claims should be dismissed without prejudice while his application for post-conviction relief is pending in state court. R. Doc. 12 at 2. *Heck v. Humphrey*, 512 U.S. 477 (1994), compels the conclusion that a prisoner's suit could not accrue until the State dropped its charges against him. *See Wallace v. Kato*, 549 U.S. 384, 392 (2007). Therefore, Mitchell may refile these claims if his conviction is overturned.

failure to state a claim on which relief may be granted, and/or for relief from a defendant who is immune from suit.

**IT IS FURTHER ORDERED** that Mitchell's claims against the St. Charles Parish District Attorney's Office are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim.

**IT IS FURTHER ORDERED** that Mitchell's federal civil rights claims for illegal pre-plea detention and excessive bond should are **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims under 28 U.S.C. § 1367(c) and that such claims against these defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Mitchell's Motions for Leave to File Amended Complaint (R. Doc. 13 & 14) are **DENIED** as futile.

July 7, 2026

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

3